UNITED STATES of America,
Plaintiff–Appellee,

v.

Javier PACHECO ESTRELLA, a/k/a
Elias Jaime, a/k/a Jose Estrada
Flores, Defendant–Appellant.

No. 02–6913.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 6, 2002.

Decided Sept. 18, 2002.

Javier Pacheco Estrella, Appellant Pro Se. David Jay Ignall, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

---

Before WILKINS, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Javier Pacheco Estrella seeks to appeal from the denial of his motion to reconsider and the underlying motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinions and conclude that Pacheco Estrella has not made a substantial showing of the denial of a constitutional right.* Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Adam Grimes, III, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Grimes has not made a substantial showing of the denial of a constitutional right. *See Grimes v. Commonwealth of Virginia,* No. CA–02–183 (E.D.Va. May 22, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* We note that our review is confined to the issues raised in Appellant's informal brief, *see* 4th Cir. R. 34(b), which in this case were directed at the issues raised initially on reconsideration rather than in the underlying § 2255 motion.